UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------
ALTY ADAMSON,

              Plaintiff,

- against -

DETECTIVE MILLER, POLICE OFFICER
JOHN DOE #1, POLICE OFFICER JOHN DOE
#2, CITY OF NEW YORK, and NEW YORK
CITY POLICE DEPARTMENT,

              Defendants.
---------------------------------------------------------------

**ORDER**
**10-CV-2300 (NGG)(LB)**

**BLOOM, United States Magistrate Judge:**

The Assistant Corporation Counsel assigned to this case requests a stay of this civil action, including a stay of the response to the Valentin Order issued by this Court on August 12, 2010, until the criminal prosecution underlying plaintiff's claims has been resolved. See Docket Entry 14. Counsel's request is granted in part and denied in part. The Court stays the responses to the amended complaint of the defendants that have been served pending the resolution of the criminal proceedings against plaintiff. However, the Court directs counsel to identify the two John Doe police officers from the 69th Precinct who allegedly assaulted plaintiff by September 3, 2010 so that the officers can be served with process. Once the John Doe officers are identified and served, counsel may request to stay their responses to the amended complaint.

SO ORDERED.

                                                /Signed by Judge Bloom/

                                                LOIS BLOOM

Dated: August 19, 2010
       Brooklyn, New York
                                                United States Magistrate Judge